AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dick, Rachelle D. | USDC, Middle District | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

777 Florida Street
Suite 301
Baton Rouge, Louisiana 70801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Member | Law Offices of Shelly D. Dick, LLC (Note: Sold interest on 3/1/2013, see Part VII) |
| 2. | Managing Member | Lamp Ladies, LLC d/b/a "Frockz" |
| 3. | Managing Member | Grace George, LLC (Note: Sold interest on 1/7/2013, see Part VII) |
| 4. | Managing Member | K & S Property Holdings, LLC |
| 5. | Member | First United Methodist Church, Board of Trustees |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 3/1/2013 | Law Offices of Amanda G. Clark and Rachelle ("Shelly") D. Dick. Sale of entire membership interest and assets of the Law Offices of Shelly D. Dick, LLC |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dick, Rachelle D. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Grace George, LLC Royalties | $18,750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baton Rouge Bar Association | 8/1/2013 - 8/3/2013 | Orange Beach, Al | Annual Bar Conference | lodging |
| 2. | 21st JDC Bar Association | 12/13/2013 | New Orlenas, La | Speaker at CLE | lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dick, Rachelle D.** | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐　NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Baton Rouge Bar Association | Robe | $350.00 |
| 2. | Mike Palmintier | Investiture: Family Luncheon | $604.00 |
| 3. | Lane Grigsby | Investiture: In Kind Donation | $925.00 |
| 4. | Lane Grigsby | Investiture: Table, chairs, tent rental | $4,582.00 |
| 5. | Jerry Dodson | Investiture: Catering | $4820.00 |
| 6. | David Forrester | Investiture: Photographer and Florist | $837.00 |
| 7. | Lou Ann Stickman | Investiture: Beverage Service | $836.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐　NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Standard Mortgage | Mortgage on Rental Property #1 | M |
| 2. | American Express | Revolving Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property #1, Baton Rouge, La. | C | Rent | M | W | | | | | |
| 2. Alliance Bernstien Mod Growth 1993-1995 ALTA | | None | | | Distributed | 07/06/13 | J | A | |
| 3. Dodge & Cox Income Fund | A | Dividend | | | Sold (part) | 08/12/13 | K | B | |
| 4. | | | | | Sold | 09/09/13 | J | A | |
| 5. Health Care Spdr (XSLV) | A | Dividend | | | Sold (part) | 08/30/13 | J | B | |
| 6. | | | | | Sold | 09/16/13 | J | C | |
| 7. Houghton Royalty Trust | A | Dividend | J | T | | | | | |
| 8. iShares Dow Jones Select Dividend Index Fund | A | Dividend | | | Sold (part) | 08/12/13 | K | C | |
| 9. | | | | | Sold (part) | 08/21/13 | J | B | |
| 10. | | | | | Sold (part) | 08/30/13 | J | B | |
| 11. | | | | | Sold (part) | 09/09/13 | J | B | |
| 12. | | | | | Sold | 09/16/13 | J | A | |
| 13. Louisiana Principal Protection Fund | A | Int./Div. | J | T | | | | | |
| 14. SPDR Gold Trust | | None | | | Sold | 02/20/13 | J | B | |
| 15. T. Rowe Price Spectrum International Fund | | None | | | Sold (part) | 08/21/13 | J | | |
| 16. | | | | | Sold | 09/16/13 | J | | |
| 17. EQ/Common Stock Index Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dick, Rachelle D. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EQ/Equity 500 Index Portfolio | | None | K | T | | | | | |
| 19. Texas Rare Earth Resources Corp. Stock | | None | J | T | Buy (add'l) | 05/17/13 | J | | |
| 20. | | | | | Sold (part) | 09/16/13 | L | | |
| 21. Great-West Lifetime 2025 II TI Fund | | None | | | Sold | 04/22/13 | N | | |
| 22. Vanguard Total Market Index Fund | A | Dividend | J | T | Distributed (part) | 07/09/13 | J | A | |
| 23. | | | | | Distributed (part) | 12/11/13 | J | A | |
| 24. Colombia Portfolio Builder Moderate Agressive Fund | B | Dividend | L | T | | | | | |
| 25. Regions Bank Cash Accounts | A | Interest | J | T | | | | | |
| 26. K & S Dick Property Holdings LLC. Baton Rouge, La | B | Dividend | O | T | | | | | |
| 27. Lamp Ladies, LLC | | None | J | U | | | | | |
| 28. Grace George, LLC | | None | | | Donated | | | | |
| 29. Law Offices of Shelly D. Dick, LLC | | None | | | Sold | 03/01/13 | N | | Amanda G Clark |
| 30. Account Receivable from Law Offices of Amanda G. Clark | E | Int./Div. | O | T | | | | | |
| 31. Vanguard Emerging Markets Stk Idx | B | Dividend | K | T | Buy | 04/22/13 | K | | |
| 32. Vanguard European Stock Index | B | Dividend | L | T | Buy | 04/22/13 | K | | |
| 33. Vanguard Inflation-Protect Sec | A | Dividend | K | T | Buy | 04/22/13 | K | | |
| 34. Vanguard Inter-Term Bond | A | Dividend | K | T | Buy | 04/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dick, Rachelle D. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pacific Stock Index | B | Dividend | K | T | Buy | 04/22/13 | K | | |
| 36. Vanguard Precious Metals & Mining | | None | K | T | Buy | 04/22/13 | K | | |
| 37. Vanguard REIT Fund | B | Dividend | K | T | Buy | 04/22/13 | K | | |
| 38. Vanguard S-T Investment grade OInv | A | Dividend | K | T | Buy | 04/22/13 | K | | |
| 39. Vanguard Small Cap Index Fund | B | Dividend | L | T | Buy | 04/22/13 | L | | |
| 40. Vanguard Total Stock Mkt Index | A | Dividend | L | T | Buy | 04/22/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dick, Rachelle D. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In part VII, Line 24 of the prior report dated 1/3/13 the value was erroneously reported using a code of "P2". In fact the code which acurately reflected the asset value 12/31/12 was a code "O". That fund was sold during the present reporting period and re-invested in the investments identified on Lines 31 -40.

Number 5 on Part I indicates membership on a Church "Board of Trustees". This is in reality a standing committee of the Church Administrative Council and is not a Trust in the legal meainig of the word. It is a Church Committee that overseas endowments specifically directed gifts to the Church.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dick, Rachelle D. | 05/13/2014 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rachelle D. Dick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544